# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANGEL RODRIGUEZ,<br><br>  Petitioner,<br><br>  v.<br><br>PAUL COPENHAVER,<br><br>  Respondent. | Case No. 1:13-cv-01750—SMS (HC)<br><br>ORDER GRANTING PETITIONER'S WRIT OF HABEAS CORPUS AND DIRECTING BUREAU OF PRISONS TO RECONSIDER PETITIONER'S APPLICATION FOR *NUNC PRO TUNC* DESIGNATION |

   Petitioner, currently in federal prison, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.  Therein, he challenged the Bureau of Prison's decision to deny his request for a *nunc pro tunc* designation, and argued that he is entitled to credit toward his federal sentence for time spent in state custody.  Doc. 1.  On May 29, 2014, the Court issued a decision granting Respondent's motion to dismiss, finding it lacked jurisdiction to review the petition.  Doc. 13. Petitioner appealed the decision to the Ninth Circuit after the Court denied his request for reconsideration.  Docs.  15, 16, 17.

   On May 25, 2016, the Ninth Circuit issued an opinion, reversing and remanding the Court's May 29, 2014 decision.  Doc. 26.  The opinion, which took effect August 10, 2016, states: "We reverse and remand for the district court to grant the writ and to direct the Bureau of Prisons to reconsider, within 30 days, Rodriguez's application for *nunc pro tunc* designation, and to do so without regard to Chief Judge Moreno's letter."

Accordingly, consistent with the Ninth Circuit's May 25, 2016 opinion, the Court hereby:

1. GRANTS Petitioner's writ for habeas corpus;

2. DIRECTS the Bureau of Prisons, within thirty (30) days of receipt of this order, to reconsider Petitioner's application for *nunc pro tunc* designation, and do so without regard to the letter by Chief Judge Federico A. Moreno of the Southern District of Florida; and

3. ORDERS the Clerk of Court to serve the Bureau of Prisons, along with this order, a copy of the Ninth Circuit's May 25, 2016 opinion.

IT IS SO ORDERED.

Dated: **December 9, 2016**         **/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE