UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANGEL RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL COPENHAVER,<br><br>    Respondent. | Case No.: 1:13-cv-01750-JLT (HC)<br><br>ORDER DIRECTING RESPONDENT TO NOTIFY THE COURT REGARDING BUREAU OF PRISON'S COMPLIANCE<br><br>(Doc. 32) |

    Petitioner, a federal prisoner, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging the Bureau of Prison's decision to deny his request for a *nunc pro tunc* designation, and argued that he is entitled to credit toward his federal sentence for time spent in state custody. (Doc. 1.) On May 29, 2014, the Court issued a decision granting Respondent's motion to dismiss, finding it lacked jurisdiction to review the petition. (Doc. 13.) Petitioner appealed the decision to the Ninth Circuit after the Court denied his request for reconsideration. (Docs. 15, 16, 17.)

    On May 25, 2016, the Ninth Circuit issued an opinion, reversing and remanding the Court's May 29, 2014 decision. (Doc. 26.) The mandate issued on August 10, 2016. (Doc. 28.) The opinion states: "We reverse and remand for the district court to grant the writ and to direct the Bureau of Prisons to reconsider, within 30 days, Rodriguez's application for *nunc pro tunc* designation, and to do so without regard to Chief Judge Moreno's letter." (Doc. 26 at 11-12.) Consistent with the Ninth Circuit's May 25, 2016 opinion, the Court granted Petitioner's writ for habeas corpus and directed the

Bureau of Prisons to reconsider Petitioner's application for *nunc pro tunc* designation without regard to the letter by Chief Judge Federico A. Moreno. (Doc. 29.)

On May 4, 2020, Petitioner filed a motion regarding the USCA mandate. (Doc. 32.) In light of Petitioner's motion, the Court DIRECTS Respondent to notify the Court within thirty days from the date of service of this order whether the Bureau of Prisons complied with the Court's order.

IT IS SO ORDERED.

Dated:   **May 15, 2020**                                  **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE